| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Ahren A. Tiller (250608)<br>Brett F. Bodie (264452)<br>Bankruptcy Law Center, APC<br>16133 Ventura Blvd., Ste 700<br>Encino, Ca 91436<br>P (800) 492-4033<br>F (866) 444-7026<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: EJ HAWKINS | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 19 2014**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY kaaumoan DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*LOS ANGELES* DIVISION**

| In re:<br><br>EJ HAWKINS<br><br><br>Debtor(s). | CASE NO.: 2:14-bk-11767-WB<br>CHAPTER: 13<br><br>**ORDER:**<br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>**[LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*):

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*: **Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate**

    b. *Date of filing of motion: **02/06/2015***

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*: ***02/06/2015***

3. Based upon the court's review of the application, it is ordered that:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                Page 1                              **F 9075-1.1.ORDER.SHORT.NOTICE**

a. ☐ The Application is denied. The motion may be brought on regular notice pursuant to LBRs.

b. ☒ The Application is granted, and it is further ordered that:

(1) ☒ A hearing on the motion will take place as follows:

> **Hearing date:** *2/25/14*    **Place:**
> **Time:** *10:00 AM*    ☒ **255 East Temple Street, Los Angeles, CA 90012**
> **Courtroom:** *1375*    ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367
>    ☐ 3420 Twelfth Street, Riverside, CA 92501
>    ☐ 411 West Fourth Street, Santa Ana, CA 92701
>    ☐ 1415 State Street, Santa Barbara, CA 93101

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

> (A) *Deadlines:*    (B) *Persons/entities to be provided with telephonic notice:*
> Date: *2/20/14*    ***All parties entitled to notice.***
>
> Time: *10:00 AM*
>
>    ☐ See attached page
>    (C) *Telephonic notice is also required upon* the United States trustee

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:    ☒ one of the methods checked    ☐ all of the methods checked

(A) ☒ Personal Delivery   ☐ Overnight Mail   ☐ First class mail   ☒ Facsimile*   ☒ Email*

> (B) *Deadlines:*    (C) *Persons/entities to be served with written notice and a copy of this order:*
> Date: *2/20/14*    ***All parties entitled to notice.***
>
> Time: *10:00 AM*
>
>    ☐ See attached page
>    (D) *Service is also required upon*:
>       -- United States trustee *(electronic service is not permitted)*
>       -- Judge's copy personally delivered to chambers
>         (*see Court Manual for address*)

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 9075-1.1.ORDER.SHORT.NOTICE**

(4) ☐ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using:  ☐ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

(B) _Deadlines:_
Date:
Time:

(C) _Persons/entities to be served with motion, declarations, supporting documents:_

☐ See attached page

(D) _Service is also required upon_:
-- United States trustee *(no electronic service permitted)*
-- Judge's copy personally delivered to chambers
  (*see Court Manual for address*)

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using:  ☐ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

(B) _Deadlines:_
Date:
Time:

(C) _Persons/entities to be served with written opposition to the motion:_
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) _Service is also required upon_:
-- United States trustee *(electronic service is not permitted)*
-- Judge's copy personally delivered to chambers
  (*see Court Manual for address*)

(6) ☐ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using:  ☐ one of the methods checked   ☐ all of the methods checked

(A) ☐ Personal Delivery   ☐ Overnight Mail   ☐ First Class Mail   ☐ Facsimile*   ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 3                    **F 9075-1.1.ORDER.SHORT.NOTICE**

|  |  |
|---|---|
| (B) *Deadlines:*<br>Date:<br><br>Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition<br><br>(D) *Service is also required upon:*<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>  (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☐ at least 2 days before the hearing.
> ☒ no later than:    Date: **2/20/14**        Time: **12:00 PM**

* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: February 19, 2014

*/s/ Julia W. Brand*
Julia W. Brand
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**