| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nancy Curry<br>Chapter 13 Standing Trustee<br>700 S. Flower St., Suite 1215<br>Los Angeles, CA 90017<br>(213) 689-3014 FAX (213) 689-3055<br>trustee13la@aol.com<br><br><br>*Chapter 13 Trustee* | **FILED & ENTERED**<br><br>**JUN 24 2014**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY kaaumoan DEPUTY CLERK** |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA- <u>LOS ANGELES</u> DIVISION

| In re:<br><br>Hawkins, EJ<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:14-11767-WB<br><br>CHAPTER: 13 |
|---|---|
| | **ORDER CONFIRMING<br>CHAPTER 13 PLAN** |
| | DATE: June 11, 2014<br>TIME: 11:00 A.M.<br>COURTROOM: 1375<br>PLACE: 255 E. Temple Street<br>        Los Angeles, CA 90012 |

The Chapter 13 Plan or last amended plan, if any (the "Plan") of debtor(s), was filed on <u>02/13/2014</u>.

The Plan was served on the creditors pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure.  The debtor(s) appeared and was/were examined at a meeting conducted pursuant to 11 U.S.C. § 341(a).  The court finding that the Plan meets the requirements of 11 U.S.C. §1325, IT IS ORDERED AS FOLLOWS:

The Plan is hereby confirmed, with the following provisions:

1.  Plan payments:

    a.  ☒ The amount of each monthly plan payment is $<u>430.00</u>. The due date is the ____<u>30</u>th____ day of each month for __<u>60</u>__ months.   The Plan provides for the payment of ____<u>0</u>____ % of allowed claims for general unsecured creditors.

    b.  ☐ The amount of each monthly plan payment is $_____ for months _____. For months _____, the monthly plan payment is $_____, for months _____the monthly plan payment is $_____, for months_____the monthly plan payment is $_____. **[Repeat as needed]** The due date is the ___ day of each month.  The Plan provides for the payment of __<u>0</u>__% of allowed claims for general unsecured creditors.

2.  Confirmation of the Plan is without prejudice to the rights of secured creditors with respect to post-petition defaults by the debtor(s).

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*April 2010*                                    Page 1                                    **F 3015-1.21.ORDER**

3.  Other provisions:

a.  ☐ This is a base plan with the debtor(s) paying at least $<u>25,470.36</u> of disposable income into the Plan.  The debtor(s) shall submit statements of income on an annual basis to the Trustee, which income shall be reviewed by the Trustee who may petition the court to increase the monthly plan payment for cause until such time as all allowed unsecured creditors, to the extent they are to be paid during the term of the Plan, are paid 100%.  The Trustee may increase the dividend paid allowed claims until the full amount of the plan base stated in this paragraph has been paid by the debtor(s) or the claims have been paid in full without further notice or order from the court.

b.  ☒ The Trustee is authorized to make payment to holders of secured claims based on the Plan.  However, a filed claim will control the amount owed the creditor, unless an objection is filed, whether that amount is more or less than the amount provided by the Plan.

c.  ☒ Counsel for debtor(s) is awarded fees of $<u>4,000.00</u>; having previously received $<u>1,000.00</u> counsel is entitled to payment of $<u>3,000.00</u> from the estate.

d.  ☐ See attachment for additional provisions incorporated in this Order.

e.  ☐ Interlineations:

<div style="border:1px solid black; height:120px;"></div>

<p style="text-align:center;">###</p>

Date: June 24, 2014

_Julia W Brand_
Julia W. Brand
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

April 2010                                    Page 2                                    **F 3015-1.21.ORDER**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Nancy Curry, Chapter 13 Trustee
700 South Flower Street, Suite 1215
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (specify): <u>Order Confirming Chapter 13 Plan</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>June 23, 2014</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On <u>June 23, 2014</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addresses as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor
HAWKINS, EJ

3223 W. 83RD STREET
INGLEWOOD, CA 90305

Attorney for Debtor
BRETT F. BODIE
BANKRUPTCY LAW CENTER
16133 VENTURA BLVD., #700
ENCINO, CA 91436-

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>June 23, 2014</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under laws of the United States that the foregoing is true and correct.

| <u>June 23, 2014</u> | <u>Elizet Cash</u> | <u>/s/Elizet Cash</u> |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                      **F 9013-3.1.PROOF.SERVICE**